UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WILLIAM H. EMMONS, JR.

      Plaintiff,

 -against-              6:03-CV-0638
                    (LEK/DRH)

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.

**DECISION AND ORDER**

  This matter comes before the Court following a Report-Recommendation filed on March 31, 2005 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by William H. Emmons, which were filed on April 20, 2005.

  It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate."  Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

  Accordingly, it is hereby

  ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its

1

ENTIRETY; and it is further

ORDERED, that the defendant's motion for judgment on the pleadings is **GRANTED**, the Commissioner's finding of no disability is **AFFIRMED**, and plaintiff's complaint is **DISMISSED** in all regards; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:   September 02, 2005
         Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge